

Friday, August 15, 2014

No. 14–0515/AF. U.S. v. William C. Gurney. CCA 37905. On consideration of Appellant's motion for reconsideration, which this Court construed as a petition for reconsideration, it is ordered that said petition for reconsideration is hereby denied.

